UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 JAN -2 PM 1: 26

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | **INFORMATION**<br>**18 U.S.C. § 922(e)**<br>**18 U.S.C. § 924(a)(1)(D)** |
| MAICOL PEREZ MARCELINO, | |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
### (Illegal Shipping of Firearms)

1.    On or about March 11, 2024, in the Southern District of Ohio, the defendant, **MAICOL PEREZ MARCELINO**, did knowingly cause to be delivered to a common or contract carrier for transportation and shipment in interstate or foreign commerce, to persons other than licensed importers, manufacturers, dealers, or collectors, a parcel that contained firearms, to wit: a Glock Lower Pistol Receiver, Serial #BLTZ108; a Glock Lower Pistol Receiver, Serial #WSZ938; a Glock Lower Pistol Receiver, Serial #BGNE456; a Glock Lower Pistol Receiver, Serial #ABPM465; a Glock Lower Pistol Receiver, Serial #BSLF365; a Glock Lower Pistol Receiver, Serial #TXX668; a Glock Lower Pistol Receiver, Serial #TJU92802; a Taurus Lower Pistol Receiver, Serial #ABC394467; a Glock Lower Pistol Receiver, Serial #BPPY780; and a Glock Lower Pistol Receiver, Serial #XYE552, without written notice to the carrier that such firearms were being transported and shipped.

In violation of 18 U.S.C. §§ 922(e) and 924(a)(1)(D).

## FORFEITURE ALLEGATION A

2.     The allegations of Count One of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3.     Upon conviction of the offense alleged in Count One of this Information, the defendant, **MAICOL PEREZ MARCELINO**, shall forfeit to the United States his interest in any firearm and ammunition involved in or used in such violation, including, but not limited to, the following:

- Glock Lower Pistol Receiver, Serial #BLTZ108;
- Glock Lower Pistol Receiver, Serial #WSZ938;
- Glock Lower Pistol Receiver, Serial #BGNE456;
- Glock Lower Pistol Receiver, Serial #ABPM465;
- Glock Lower Pistol Receiver, Serial #BSLF365;
- Glock Lower Pistol Receiver, Serial #TXX668;
- Glock Lower Pistol Receiver, Serial #TJU92802;
- Taurus Lower Pistol Receiver, Serial #ABC394467;
- Glock Lower Pistol Receiver, Serial #BPPY780; and
- Glock Lower Pistol Receiver, Serial #XYE552.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**KENNETH L. PARKER**
**United States Attorney**

_____
**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorney**